## UNITED STATES *versus* HENRY HUDSON

JOURNAL ENTRIES (1817): *Journal 2:* (1) Motion to quash writ of error overruled *p. 538; (2) assignment of errors *p. 539; (3) joinder in error, postponed *p. 541; (4) judgment reversed *p. 547.

PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error and return; (3) bill of exceptions; (4) assignment of errors, joinder; (5) draft of journal entries.